**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE NO. 16-05715-ESL** |
| Jose A. Carrasquillo Ortiz, Debtor(s) | **Chapter 7** |

**TRUSTEE'S POSITION TO PUERTO RICO ELECTRIC POWER AUTHORITY'S OPPOSITION TO TRUSTEE'S REPORT OF NO DISTRIBUTION**

TO THE HONORABLE COURT

COMES NOW, Noreen Wiscovitch-Rentas, Chapter 7 Trustee, and very respectfully STATES and PRAYS:

1. The Puerto Rico Electric Power Authority ("PREPA") has filed an opposition to the Trustee's Report of no Distribution in this case. *See*, Dkts. Nos. 17, 19, and 20.

2. The Trustee understands that the Opposition is based on purely procedural reasons and not substantive ones and that the Trustee does not need to have any further involvement as to PREPA's intention to object to Debtor's discharge and/or dischargeability of the debt owed to PREPA by the Debtor.

3. PREPA's Motion seems to be a precautionary measure to insure that the Court does not closes this case, without first allowing them to proceed with a dischargeability action.

4. The Trustee in no way opposes PREPA's intention to object to the Debtor's Discharge and/or dischargeability of Debt.

5. The entry of the Discharge of the Trustee and the closing of this case will be held in abeyance, unless PREPA decides not to pursue an action on or before December 17, 2016.

**WHEREFORE**, for the reasons above stated, it is respectfully requested this Court take notice of this Response.

CERTIFICATE OF SERVICE: I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served to the US Trustee at ustregion21.hr.ecf@usdoj.gov and Debtor's attorney, Roberto Figueroa Colon at fslawpr@gmail.com; and PREPA's Counsel at Corretjer,LLC. Irene B. Mass Garcia at img@corretjerlaw.com.

RESPECTFULLY SUBMITTED.

This 6th day of November, 2016 in San Juan, Puerto Rico.

*/s/Noreen Wiscovitch-Rentas*
NOREEN WISCOVITCH-RENTAS
CHAPTER 7 TRUSTEE
PMB 136
400 Calle Kalaf
San Juan, PR 00918
Tel. (787) 946-0132
noreen@nwr-law.com